# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARSHA BRANDON, | ) | NO. CV 09-8778-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERRIFF DEPT, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  January 29, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**